able to say that, had the point been raised, evidentiary and argumentative overtures were affected in *Blake* as they were here.

It may, of course, be that had our appellant been indulged the defense of privilege, the jury's verdict would have been the same. But of this we cannot be certain and, since we are not, appellant must be afforded a new trial.[46]

Reversed and remanded for a new trial.

## JUDGMENT

PER CURIAM.

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia, and was argued by counsel.

On consideration whereof it is ordered and adjudged by this Court that the order of the District Court, appealed from in this cause be, and it is hereby, affirmed for the reasons stated in Carl Zeiss Stiftung v. V. E. B. Carl Zeiss, Jena, D.D.C., 40 F.R.D. 318 (1966).

---

V. E. B. CARL ZEISS, JENA, Steelmasters, Inc. and Ercona Corporation, Appellants,

v.

Ramsey CLARK, Acting Attorney General of the United States, Appellee.

No. 20351.

United States Court of Appeals District of Columbia Circuit.

Argued Feb. 14, 1967.

Decided May 8, 1967.

Certiorari Denied Nov. 13, 1967. See 88 S.Ct. 334.

Mr. Harry I. Rand, Washington, D. C., for appellants.

Mr. John C. Eldridge, Atty., Dept. of Justice, with whom Messrs. David G. Bress, U. S. Atty., and Alan S. Rosenthal, Atty., Dept. of Justice, were on the brief, for appellee.

Before EDGERTON, Senior Circuit Judge, and BURGER and WRIGHT, Circuit Judges.

NEW YORK FOREIGN FREIGHT FORWARDERS AND BROKERS ASSOCIATION, Inc., Petitioner,

v.

FEDERAL MARITIME COMMISSION and United States of America, Respondents.

Associated Latin American Freight Conferences, National Customs Brokers and Forwarders Association of America, Inc., River Plate & Brazil Conferences, North Atlantic Baltic Freight Conference, North Atlantic Continental Freight Conference, North Atlantic French Atlantic Freight Conference, North Atlantic Mediterranean Freight Conference, North Atlantic United Kingdom Freight Conference, Far East Conference, Intervenors.

No. 20868.

United States Court of Appeals District of Columbia Circuit.

Argued June 23, 1967.

Decided Oct. 10, 1967.

---

where those circumstances related directly to defendant's good faith, to his honesty of purpose and to provocation arising from plaintiff's own conduct."

46. With this disposition, we need not reach other issues appellant presents for our consideration, which are not likely to again arise on the retrial.